UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| In Re:<br>    NICHOLS, KIMBERLY G.<br>              Debtor | Case No.     15-11296-TPA<br>Chapter 7 |
| TAMERA OCHS ROTHSCHILD<br>              Movant | Document #<br>Related Document # |
|      v.<br>University of Michigan Credit Union | Hearing Date and Time: November 2, 2017 at 11:00 a.m. |
|               Respondents | Objection Date: October 19, 2017 |

_____

### TRUSTEE'S OBJECTION TO CLAIM
_____

NOW COMES, Tamera Ochs Rothschild, Chapter 7 Trustee for the above-named Debtor(s), and objects to claims of Respondents for the following reasons:

1. Jurisdiction is found under 28 U.S.C. Sec. 1334. This is a core matter under 28 U.S.C. Sec. 157.

2. On 12/07/15, an order for relief under Chapter 7 of the Bankruptcy Code was entered in this case.

3. Movant is the duly qualified and acting Chapter 7 Trustee.

4. All creditors were required to file proofs of claim on or before June 1, 2016.

*This space left blank intentionally.*

5. The following Respondent's claim is objected to for the following reasons:

| Claim No. | Claimant Name | Amount Filed | Reason |
|---|---|---|---|
| 9 | University of Michigan Credit Union<br>Attn: Suzanne M. Roberts, Esq.<br>PO Box 56<br>Sewickley, PA 15143<br><br>University of Michigan Credit Union<br>333 E William St.<br>Ann Arbor, MI 48104 | $18,243.73 | This claim is filed as a secured claim based on a mortgage against real estate in Michigan and a judgment entered in Pennsylvania against the Debtor. Debtor has no real estate interests in Pennsylvania to which this judgement attaches, and no levy has been issued on the judgement.<br><br>Trustee objects to treating the claim as secured absent documents establishing secured status.<br><br>Trustee proposes to treat this claim as unsecured and anticipates it will be paid over 90%. |

**WHEREFORE,** Trustee requests this court for an order as follows:

1. Claim No. 9 filed by University of Michigan Credit Union is disallowed as a secured claim and allowed as an unsecured claim.

The Trustee does not intend to file a brief in connection with this motion but reserves the right to file a responsive brief if necessary.

Dated September 19, 2017          */s / Tamera Ochs Rothschild, Trustee*
　　　　　　　　　　　　　　　　　　Tamera Ochs Rothschild, Trustee/Pro Se
　　　　　　　　　　　　　　　　　　PA Atty. I.D. No.50466
　　　　　　　　　　　　　　　　　　318 W. Spring St.
　　　　　　　　　　　　　　　　　　Titusville, PA 16354
　　　　　　　　　　　　　　　　　　PHONE: (814) 827-2760
　　　　　　　　　　　　　　　　　　FAX: (814) 827-2840
　　　　　　　　　　　　　　　　　　trothschild@gmx.com